| DATE: | 5/27/2021 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | M. Petty / N. Estrada |
| INTERPRETER: | N/A |
| BEGIN/END: | 9:42 a.m. / 9:44 a.m. |
| | 9:57 a.m. / 10:10 a.m. |

CASE NUMBER 4:21-CR-00126-3

USA v. <u>Kennia Emperatriz Goodman-Largaespada</u>

<u>Brent Andrus</u>
AUSA

<u>Brian O'Shea</u>
Defense Attorney

---

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn     ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest __5/26/21__     (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
   Attorney: __Brian O'Shea__

☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.

☑ Defendant requests appointed counsel, is sworn and examined re: financial status.

☑ Financial affidavit executed by defendant.
   The court finds the defendant is ☐ able to employ counsel ☑ unable to employ counsel.

☐ _____ appointed     ☑ U.S. Pub Defender __Brian O'Shea__ appointed
☑ Dft ordered to contribute to cost of defense
☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☑ Govt ~~motion~~ oral motion for detention ☐ Govt oral motion for continuance     ☐ Oral Order granting ☐ Oral Order denying

☑ Defendant oral motion to continue detention hearing     ☑ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☑ Detention Hrg set 6/1/21 10am before Judge Johnson in Plano     ☑ Temp Detention Order Pending Hearing
☐ Ordering setting conditions of release ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☑ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

☐ Government motion _____

_____

_____

## ARRAIGNMENT

☑ Arraignment held

☑ Dt appears with counsel

☑ Dft    ☑ sworn
       ☑ received copy of charges    ☑ discussed charges with counsel    ☐ charges read
       ☑ waived reading of charges

☑ Dft enters a plea of ☑ not guilty
To __Counts 1,2 of the Indictment_____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: __SDJ 8/2/21__ Pretrial Date: _____
☑ Rule 5f order
☐ _____

☐ _____

☑ Df remanded to custody USM    ☐ Dft RELEASED on conditions of release after out-processing by USM

       ☐ Recess _____